B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| **NORTHERN** District of **ILLINOIS** | | **VOLUNTARY PETITION** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Karadsheh, Mazin** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Karadsheh, Shadia** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **9901** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **8275** |
| Street Address of Debtor (No. and Street, City, and State):<br>**10710 South Central Avenue 3a**<br>**Chicago Ridge, IL**<br>ZIP CODE **60415** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**10710 South Central Avenue 3a**<br>**Chicago Ridge IL**<br>ZIP CODE **60415** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>*COOK* |
| Mailing Address of Debtor (if different from street address):<br>**10710 South Central Avnue 3a**<br>**Chicago Ridge IL**<br>ZIP CODE **60415** | Mailing Address of Joint Debtor (if different from street address):<br>**10710 South Central Avenue 3a**<br>**Chicago Ridge IL**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE **60415** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7           ☐ Chapter 15 Petition for<br>☐ Chapter 9               Recognition of a Foreign<br>☐ Chapter 11             Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                               Nonmain Proceeding |
| | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
| | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☒ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." ☐ Debts are primarily<br>business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach<br>signed application for the court's consideration certifying that the debtor is<br>unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach all signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment<br>on 4/01/13 and every three years thereafter*).<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes<br>of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

FILED
JAN 2 8 2011
KENNETH S. GARDNER, CLERK
U.S. REP. - DS
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

B1 (Official Form 1) (4/10)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **Karadsheh, Mazin -and- Karadsheh, Shadia** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years *(If more than two, attach additional sheet.)* | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor *(If more than one, attach additional sheet.)* | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)    (Date)</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____

              (Name of landlord that obtained judgment)

              _____

              (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Karadsheh, Mazin -and- Karadsheh, Shadia** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~Mazin Karadsheh~_
Signature of Debtor

X _~Shadia Karadsheh~_
Signature of Joint Debtor

_708-261-4764_
Telephone Number (if not represented by attorney)

_1-28-11_
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
_____
Address

_____
Telephone Number

_____
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### <u>Northern</u> District of <u>Illinois</u>

In re <u>Mazin Karadsheh</u>
         Debtor

Case No._____
         (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to you. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: _1-28-11_

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## <u>Northern</u> District of <u>Illinois</u>

In re <u>Shadia  Karadsheh</u>                    Case No._____
Debtor                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

Page 2

B 1D (Official Form 1, Exh. D) (12/09) – Cont.

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

❏ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❏ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Shadia Karadsh*

Date: 1-28-11

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### NORTHERN District Of ILLINOIS

In re **Karadsheh, Mazin**                    ,                    Case No. _____
Debtor

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 125000 | | |
| B - Personal Property | | 3 | $ 14700 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 2 | | $ 193900 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 5 | | $ 32703 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 21 | | $ 112084 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | | 1 | | | $ 2775 |
| J - Current Expenditures of Individual Debtors(s) | | 1 | | | $ 5168 |
| TOTAL | | | $ 139700 | $ 338687 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
**NORTHERN** District Of **ILLINOIS**

In re  **Karadsheh, Mazin**                          ,          Case No. _____
                        Debtor

                                                      Chapter      **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 32703 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0 |
| Student Loan Obligations (from Schedule F) | $ | 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0 |
| TOTAL | $ | 32703 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2775 |
| Average Expenses (from Schedule J, Line 18) | $ | 5168 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 2386 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  32703 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0 |
| 4. Total from Schedule F | | $ | 112084 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 112084 |

**B6A (Official Form 6A) (12/07)**

In re **Karadsheh, Mazin** _____,    Case No. _____
       Debtor                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Condo**<br>**Loc: 10710 South Central Avenue** | **Fee Simple** | **J** | **125000** | **175000** |
| | | Total▶ | **125000** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Karadsheh, Mazin** _____,          Case No. _____
         **Debtor**                                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Computer/electronics/applicanc - Condo<br>Furniture - Condo | J<br>J | 500<br>500 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing - Condo Residence | J | 200 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |

**B6B (Official Form 6B) (12/07) — Cont.**

In re **Karadsheh, Mazin** _____,        Case No. _____
　　　　　　**Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re **Karadsheh, Mazin**                                              ,          Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Nissan Pathfinder - Condo**<br>**Dodge Neon - Condo** | J<br>J | 12000<br>1500 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

**0**    continuation sheets attached     Total▶       $ **14700**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (04/10)

In re **Karadsheh, Mazin** _____,                     Case No. _____
                               Debtor                                                          *(If known)*

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
*(Check one box)*                                                                    $146,450.*
☐  11 U.S.C. § 522(b)(2)
☑  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Condo | 735-5/12-901; 735-5/12-906; | 125000 | 125000 |
| Clothing | 735-5/12-1001(a)(b); | 200 | 200 |
| Computer/electronics/appli canc | 735-5/12-1001(a)(b); | 500 | 500 |
| Furniture | 735-5/12-1001(a)(b); | 500 | 500 |
| Nissan Pathfinder | 735-5/12-1001(c); | 12000 | 12000 |
| Dodge Neon | 735-5/12-1001(c); | 1500 | 1500 |

\*  *Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re __Karadsheh, Mazin_____,   Case No. _____
               **Debtor**                                                    **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **828077936**<br><br>**American Airlines Credit**<br><br>**Md 2100**<br>**Po Box 619001**<br>**Dfw Airport TX 75261-9001** | | J | 03/2009<br>Car Loan<br><br>**Dodge Neon**<br><br>VALUE $ **1500** | | | | **1500** | **0** |
| ACCOUNT NO. **828007936**<br><br>**American Airlines Credit**<br><br>**Md 2100**<br>**Po Box 619001**<br>**Dfw Airport TX 75261-9001** | | J | 06/2009<br>Car Loan<br><br>**Nissan Pathfinder**<br><br>VALUE $ **12000** | | | | **16000** | **4000** |
| ACCOUNT NO. **828077936**<br><br>**Americanairlines Credit**<br><br>**Md 2100**<br>**Po Box 619001**<br>**Dfw Airport TX 75261-9001** | | J | 01/2009<br>Personal Loan<br><br>Computer/electronics/applicanc<br><br>VALUE $ **500** | | | | **1400** | **900** |
| _____ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $<br>18900 | $<br>4900 |
| | | | Total ▶<br>(Use only on last page) | | | | $ | $ 0 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) – Cont.                                                2

In re **Karadsheh, Mazin**_____,     Case No. _____
　　　　　　**Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.0014033732 **Franklin Credit** **101 Hudson Street 25th Floor Jersey City NJ 07302** | | J | 05/2010 Mortgage Condo VALUE $ **125000** | | | | 175000 | 50000 |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 175000 | $ 50000 |
|---|---|

Total(s) ▶
(Use only on last page)

| $ 193900 | $ 0 |
|---|---|

(Report also on Summary of Schedules.)　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re **Karadsheh, Mazin**_____,     Case No._____
                     Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re **Karadsheh, Mazin** _____ ,        Case No._____
_____Debtor_____                              *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


**3**   continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re **Karadsheh, Mazin** _____,    Case No. _____
　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Governmental**
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ~~XXXX~~9702<br>**Il Student Assist**<br>1755 Lake Cook Road<br>Deerfield IL 60015-5215 | | W | 08/1985<br>**Student Loan** | | | | 362 | 362 | 0 |
| Account No. ~~XXXX~~9703<br>**Il Student Assist**<br>1755 Lake Cook Road<br>Deerfield IL 60015-5215 | | W | 08/1987<br>**Student Loan** | | | | 4000 | 4000 | 0 |
| Account No. ~~XXXX~~9701<br>**Il Student Asst**<br>1755 Lake Cook Road<br>Deerfield IL 60015-5215 | | W | 06/1985<br>**Student Loan** | | | | 4700 | 4700 | 0 |
| Account No. ~~XXXXXXXX~~3710<br>**Sallie Mae**<br>Po Box 9500<br>Wilkes-barre PA 18773-9500 | | W | 06/1992<br>**Student Loan** | | | | 3500 | 3500 | 0 |

Sheet no. ____ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)

| | $ 12562 | $ 12562 | 0 |
|---|---|---|---|

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| | $ | | |
|---|---|---|---|

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

| | | $ | $ 0 |
|---|---|---|---|

B 6E (Official Form 6E) (04/10) - Cont.

In re __Karadsheh, Mazin_____,    Case No. _____
            **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Governmental**
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ███████████ff00 **Us Dept Of Education** Po Box 5200 Greenvile TX 75403 | | W | 08/1987 Student Loan | | | | 2500 | 2500 | 0 |
| Account No. ███████████ff0 **Us Dept Of Education** Po Box 5200 Greenville TX 75403 | | W | 06/1986 Student Loan | | | | 2500 | 2500 | 0 |
| Account No. ██████████de0 **Us Dept Of Education** Po Box 5200 Greenville TX 75403 | | W | 06/1987 Student Loan | | | | 3500 | 3500 | 0 |
| Account No. 210000008112 **Us Dept Of Education** Po Box 5609 Greenville TX 75403-5609 | | W | 06/1985 Student Loan | | | | 3300 | 3300 | 0 |

Sheet no. ___ of ___ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals► (Totals of this page) | $ 11800 | $ 11800 | 0

Total► (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.) | $ | |

Totals► (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ 0

B 6E (Official Form 6E) (04/10) – Cont.

In re __Karadsheh, Mazin_____,    Case No. _____
　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Governmental**
**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. ███████dc0 <br> **Us Dept Of Education** <br> Po Box 5200 <br> Greenville TX 75403 | | W | 06/1985 <br> **Student Loan** | | | | 229 | 229 | 0 |
| Account No. ███████dc0 <br> **Us Dept Of Education** <br> Po Box 5200 <br> Gtreenville TX 75403 | | W | 06/1991 <br> **Student Loan** | | | | 1500 | 1500 | 0 |
| Account No. ███████ff00 <br> **Us Dept.** <br> Po Box 5200 <br> Greenville TX 75403 | | W | 08/1986 <br> **Student Loan** | | | | 3300 | 3300 | 0 |
| Account No. ███████ff00 <br> **Us Dept. Of Education** <br> Po Box 5200 <br> Greenville TX 75403 | | W | 08/1990 <br> **Student Loan** | | | | 3312 | 3312 | 0 |

Sheet no. ___ of ___ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals► $ **8341**  $ **8341**  0
(Totals of this page)

Total► $ **32703**
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals► $ **32703**  $ **0**
(Use only on last page of the completed
Schedule E.  If applicable, report also on the
Statistical Summary of Certain
Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re Karadsheh, Mazin_____,          Case No._____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ████3033 <br><br>Aargon Collection-mgm <br><br>Trident Financial <br>5755 N. Point Pkwy. Suite 12 <br>Alpharetta GA 30022 | | H | 04/2007 <br><br>Returned Check | | | | 525 |
| ACCOUNT NO. ████0274 <br><br>Advoacte Christ Medical Center <br>Po Box 4256 <br>Carol Stream IL 60197-4256 | | W | 09/22/2010 <br><br>Medical | | | | 20 |
| ACCOUNT NO. ████0274 <br><br>Advocate Christ - Ics <br>Po Box 1010 <br>Tinley Park IL 60477-9110 | | W | 10/2010 <br><br>Medical | | | | 16 |
| ACCOUNT NO. ████5096 <br><br>Advocate Christ Medical Center <br>Po Box 4256 <br>Carol Stream IL 60197-4256 | | W | 11/10/10 <br><br>Medical | | | | 80 |

|  |  |
|---|---|
| Subtotal▶ | $ 641 |

20___continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Karadsheh, Mazin_____,     Case No. _____
              **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~xxxxxxxxx~~ 125282 <br><br>**Advocate Christ-ics**<br>**Po Box 1010**<br>**Tinley Park IL 60477-9110** | | W | 10/2010<br><br>Medical | | | | 141 |
| ACCOUNT NO. ~~xxxxxx~~ 0666 <br><br>**Advocate Christ-ics**<br>**Po Box 1010**<br>**Tinley Park IL 60477-9110** | | W | 10/2009<br><br>Medical | | | | 49 |
| ACCOUNT NO. ~~xxxxx~~ 5096 <br><br>**Advocate Credit Medical Center**<br>**4440 West 95th Street**<br>**Oak Lawn IL 60453** | | W | 11/2010<br><br>Medical | | | | 80 |
| ACCOUNT NO. 957 <br><br>**Advocate Health Care Products**<br>**2311 W. 22nd Street**<br>**Suite 300**<br>**Oak Brook IL 60523** | | H | 01/2008<br><br>Medical | | | | 300 |
| ACCOUNT NO. ~~xxxxxx~~ 9580 <br><br>**Affiliated Group - K Jordan**<br>**Po Box 7739**<br>**Rochester MN 55903** | | W | 06/2004<br><br>Credit Card | | | | 140 |

Sheet no. **2** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                          Subtotal▶    **$ 710**

                                       Total▶    **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin** _____,   Case No. _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ▓▓▓5293<br><br>**Ais Service / Vince Enterprise**<br>**50 California Street**<br>**Suite 1500**<br>**San Francisco CA 94111** | | W | 06/2006<br><br>**Credit Card** | | | | 480 |
| ACCOUNT NO. ▓▓▓▓▓▓-011<br><br>**American Airlines Credit Union**<br>**Md 2100**<br>**Po Box 619001**<br>**Dfw Airport TX 75261-9001** | | W | 06/2008<br><br>**Pay Day Loan** | | | | 383 |
| ACCOUNT NO. 7936<br><br>**American Airlines Federal Cred**<br>**4151 Amon Carter Blvd.**<br>**Md 2100**<br>**Fort Worth TX 76155** | | J | 7/15/2008<br><br>**Checking Account** | | | | 0 |
| ACCOUNT NO. ▓▓▓▓▓▓▓▓0476<br><br>**Applied Bank**<br>**4700 Exchange Court**<br>**Boca Raton FL 33431-0966** | | J | 06/2004<br><br>**Credit Card** | | | | 1307 |
| ACCOUNT NO. ▓▓▓▓▓▓▓▓6251<br><br>**Aspen Credit Card**<br>**16 Mcleland Road**<br>**Saint Cloud MN 56303** | | W | 06/2004<br><br>**Credit Card** | | | | 850 |

Sheet no. **3** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 3020

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**                                    ,          Case No. _____
Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4██████8596  **Associated Credit** **C/o Charter One Bank** **105b South St. Po Box 9100** **Hopkinton MA 01748-9100** | | J | 08/2008  **Bank Account** | | | | 272 |
| ACCOUNT NO. 2██552  **Associates In Rehab Medicine** **777 Oakmont Lane** **Suite 1600** **Westmont IL 60559** | | W | 10/2010  **Medical** | | | | 37 |
| ACCOUNT NO. 2██████8732  **Blatt, Hasenmiller, Leibsker** **Po Box 5463** **Chicago IL 60680** | | J | 06/2006  **Credit Card** | | | | 1355 |
| ACCOUNT NO. 4██7561  **Blatt, Hasenmiller, Leibsker &** **125 South Wacker Drive** **Suite 400** **Chiago IL 60606-4440** | | H | 06/2006  **Credit Card - Ending 8732** | | | | 1060 |
| ACCOUNT NO. 4██50027 -  **Bureau Of Collection  Recovery** **7575 Corporate Way** **Eden Prairie MN 55344** | | J | 06/2004  **Credit Card** | | | | 481 |

Sheet no. **4** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶        $ **3205**

Total▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**                                    ,        Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~4001490504~~<br>**Capital Mgmt Services, Lp**<br>**726 Exchange Street C/o Macys**<br>**Suite 700**<br>**Buffalo NY 14210** | | W | 08/2008<br>Credit Card | | | | 800 |
| ACCOUNT NO.<br>**Cash Net Usa**<br>**200 West Jackson**<br>**Suite 1400**<br>**Chicago IL 60606** | | H | 08/2007<br>Pay Day Loan | | | | 525 |
| ACCOUNT NO.<br>**Cash Net Usa**<br>**200 West Jackson**<br>**Suite 1400**<br>**Chicago IL 60606** | | W | 06/2007<br>Pay Day Loan | | | | 350 |
| ACCOUNT NO. **174**<br>**Cashcall**<br>**Po Box 66007**<br>**Anaheim CA 92816** | | H | 06/2007<br>Pay Day Loan | | | | 2476 |
| ACCOUNT NO. **4820**<br>**Certegy**<br>**Po Box 30046**<br>**Tampa FL 60438** | | H | 03/2007<br>Returned Check | | | | 500 |

Sheet no. **5** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ **4651**

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   | $

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin** _____,          Case No. _____
　　　　　**Debtor**                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 655090<br>Certegy - Equitable Ascent Fin<br>1120 West Lake Cook Road<br>Suite B<br>Buffalo Grove IL 60089 | | W | 06/2006<br>Returned Check | | | | 490 |
| ACCOUNT NO. 48596<br>Charter One Bank<br>1 Citizens Drive<br>Rdc265<br>Riverside RI 02915 | | J | 12/22/2009<br>Checking Account | | | | 350 |
| ACCOUNT NO. 6312<br>Christ Hospital / Ics<br>Po Box 1010<br>Tinley Park IL 60477-9110 | | | 10/2009<br>Medical | | | | 111 |
| ACCOUNT NO. 76760<br>City Of Chicago<br>Dept. Of Revenue<br>Po Box 88292<br>Chicago IL 60680-1292 | | H | 10/2010<br>Ticket | | | | 120 |
| ACCOUNT NO. 1413<br>City Of Chicago<br>Dept. Of Revenue<br>Po Box 882929<br>Chicago IL 60680-1292 | | H | 02/2009<br>Ticket | | | | 244 |

Sheet no. __6_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1315

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**_____,   Case No. _____
      **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~5844486~~6263 <br> **City Of Chicago** <br> **Dept. Of Revenue** <br> **Po Box 88292** <br> **Chicago IL 60680-1292** | | H | 06/2006 <br> Ticket | | | | 122 |
| ACCOUNT NO. ~~xxxx~~1934 <br> **City Of Chicago** <br> **Dept. Of Revenue** <br> **Po Box 88292** <br> **Chicago IL 60680-1292** | | H | 06/2007 <br> Ticket | | | | 122 |
| ACCOUNT NO. ~~7400007~~7653 <br> **City Of Chicago** <br> **Dept. Of Revenue** <br> **Po Box 88292** <br> **Chicago IL 60680-1292** | | H | 02/2008 <br> Ticket | | | | 244 |
| ACCOUNT NO. **Case #** <br> **Clerk Of The Circuit Ct. Cook** <br> **Richard J. Daley Center - 1005** <br> **50 W. Washington Financial** <br> **Com** | | J | 10/2010 <br> Court Fees | | | | 178 |
| ACCOUNT NO. ~~4~~4~~864~~4237 <br> **Collection Professional Servic** <br> **Po Box 1125** <br> **North Platte NE 69101** | | H | 06/2006 <br> Credit | | | | 345 |

Sheet no. **7** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ 1011

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**_____,  Case No. _____
　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8xxxxxxxxx7530 <br><br>**Country Door** <br>**1112 7th Avenue** <br>**Monroe WI 53566-1364** | | W | 06/2004 <br><br>Credit Card | | | | 504 |
| ACCOUNT NO. 4xxxxxxxxx5130 <br><br>**Credit One** <br>**Po Box 30281** <br>**Salt Lake City UT 84130** | | J | 2007 <br><br>Credit Card | | | | 2509 |
| ACCOUNT NO. 4xxxxxxxxx2808 <br><br>**Credit One Bank** <br>**Blatt, Hasenmiller, Leibsker** <br>**125 S. Wacker Ste 400** <br>**Chicago IL 60606-4440** | | W | 05/2006 <br><br>Credit Card | | | | 913 |
| ACCOUNT NO. 4xxxxxxxxx8730 <br><br>**Credit One Bank** <br>**Blatt, Hasenmiller, Leibsker** <br>**125 South Wacker Drive - 400** <br>**Chicago IL 60606-4440** | | H | 06/2005 <br><br>Credit Card | | | | 1722 |
| ACCOUNT NO. 4xxxxxxxxx8730 <br><br>**Credit One Bank** <br>**Po Box 98872** <br>**Las Vegas NV 89193-8872** | | H | 05/2006 <br><br>Credit Card | | | | 1722 |

Sheet no. **8** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 7370

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin** _____,      Case No. _____
           **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXX6020<br><br>**Credit Protection Associates**<br>**C/o Comcast**<br>**13355 Noel Rd. - 2100**<br>**Dallas TX 75240** | | H | 06/2008<br><br>**Past Due Cable Bill** | | | | 110 |
| ACCOUNT NO.<br><br>**Fifth Third Bank**<br>**Po Box 63-0479**<br>**Cincinnati OH 45263-0479** | | W | 08/2008<br><br>**Bank** | | | | 200 |
| ACCOUNT NO. XXXXX7146<br><br>**First Bank Of Delaware**<br>**8875 Aero Drive**<br>**St. 200**<br>**San Diego CA 19456** | | W | 06/2006<br><br>**Credit Card** | | | | 2754 |
| ACCOUNT NO. XXXXXXXXX2887<br><br>**First Premier**<br>**3820 N. Louise Avenue**<br>**Sioux Falls SD 57107-0145** | | J | 06/2004<br><br>**Credit Card** | | | | 481 |
| ACCOUNT NO. XXXXXXXX3434<br><br>**First Savings Credit Card**<br>**500 E. 60th St. N.**<br>**Sioux Falls SD 57104** | | W | 06/2005<br><br>**Credit Card** | | | | 438 |

Sheet no. **9** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **3983**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Karadsheh, Mazin_____,        Case No. _____
              **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXXXX1033 <br><br>**Ge Capital - Walmart** <br>Po Box 981400 <br>El Paso TX 79998 | | W | 06/2008 <br><br>**Credit Card - Store** | | | | 401 |
| ACCOUNT NO. XXXXXXXXX8402 <br><br>**Ge Money - Empire** <br>Po Box 981439 <br>El Paso TX 79998-1206 | | H | 01/2006 <br><br>**Credit Card** | | | | 3787 |
| ACCOUNT NO. XXXXXXXXX8477 <br><br>**Ge Money Bank** <br>Po Box 981439 <br>El Paso TX 79998-1206 | | H | 01/2006 <br><br>**Credit Card** | | | | 33746 |
| ACCOUNT NO. XXXXX7366 - <br><br>**Ginnys** <br>1112 7th Avenue <br>Monroe WI 53566-1364 | | W | 06/2004 <br><br>**Credit Card** | | | | 550 |
| ACCOUNT NO. X43291 <br><br>**Heart And Vascular Of Illinois** <br>Dept. 20 1026 <br>Pobox 5940 <br>Carol Stream IL 60197-5940 | | W | 11/10/2010 <br><br>**Medical** | | | | 20 |

Sheet no. _10_ of _21_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ 38504

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**_____,    Case No. _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXX3634 Heller And Frisone 33 North Lasalle Street Suite 1200 Chicago IL 60602-2603 | | W | 03/2010 Bank Account | | | | 259 |
| ACCOUNT NO. XXXX0884 Home Choice 14730 Cicero Avenue Midlothian IL 60445 | | H | 11/2010 Furniture Store | | | | 6000 |
| ACCOUNT NO. XXXX1682 Home Choice 14730 S. Cicero Avenue Midlothian IL 60445 | | W | 11/2010 Furniture | | | | 1200 |
| ACCOUNT NO. XXXXXXXXX0325 Household Bank Po Box 5253 Carol Stream IL 60197 | | J | Jan 2006 Credit Card | | | | 1700 |
| ACCOUNT NO. XXXXX8581 Hsbc - Carsons Po Box 5253 Carol Stream IL 60197 | | W | 01/2009 Credit Card | | | | 1372 |

Sheet no. **11** of **21** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $ **10531**

Total► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Karadsheh, Mazin _____,      Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXXX1001 <br> **Ics Safeco-liberty Mutual** <br> **Po Box 64378** <br> **St. Paul MN 55164-0378** | | W | 06/2006 <br> Car Insurance | | | | 260 |
| ACCOUNT NO. XXXXXX1233 <br> **Intl Asset Group Llc** <br> **Po Box 623** <br> **Amherst NY 14226** | | H | 06/2006 <br> Credit Card | | | | 1200 |
| ACCOUNT NO. XXX4479 <br> **Jc Christensen** <br> **215 N Benton Dr** <br> **Sauk Rapids MN 56379-1530** | | H | 06/2007 <br> Credit Card | | | | 1722 |
| ACCOUNT NO. XXXXX7017 <br> **Johns Hopkins University** <br> **Po Box 64896** <br> **Clinical Practice Association** <br> **Baltimore MD 21264-4896** | | W | 11/1/10 <br> Medical | | | | 35 |
| ACCOUNT NO. XX1769 <br> **Jolas And Associates Llp** <br> **202 1st St Nw** <br> **Mason City IA 50401** | | H | 06/2006 <br> Credit | | | | 260 |

Sheet no. **12** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  | $ 3477

Total▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin** _____,   Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1542** <br> **Jp Morgan Chase-wamu** <br> **12360 Lake City Way Ne** <br> **Seattle WA 98125** | | H | **06/12/2009** <br><br> **Checking Account** | | | | **400** |
| ACCOUNT NO. **XXXXXX 1077** <br> **K. Jordan** <br> **Merchants Credit** <br> **223 W. Jackson Blv.d - 400** <br> **Chicago IL 60606** | | W | **06/2004** <br><br> **Credit Card** | | | | **140** |
| ACCOUNT NO. **XX7670** <br> **Leading Edge Recovery** <br> **5440 North Cumberland Ave** <br> **Ste. 300** <br> **Chicago IL 60656-1490** | | W | **06/2007** <br><br> **Loan** | | | | **271** |
| ACCOUNT NO. **XXXXXX 2194** <br> **Lewis Shapiro** <br> **455 Commerce Drive** <br> **Suite 7** <br> **Amherst NY 14228** | | W | **06/2006** <br><br> **Credit Card** | | | | **2400** |
| ACCOUNT NO. **XXXXXXX 2194** <br> **Lewis Shaprio, Llc-providian** <br> **455 Commerce Drive** <br> **Amherst NY 14228** | | J | **06/2006** <br><br> **Credit Card** | | | | **2400** |

Sheet no. **13** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | **$ 5611**

Total▶ | **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Karadsheh, Mazin _____ ,   Case No. _____
               **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX0400<br><br>**Macys**<br>**Po Box 9475**<br>**Minneapolis MN 55440** | | W | 06/2008<br><br>Credit Card | | | | 1022 |
| ACCOUNT NO. XXX4237<br><br>**Marauder Corporation**<br>**Solomon Financial**<br>**74923 Hwy 111**<br>**Indian Wells CA 92210** | | H | 06/2007<br><br>Pay Day Loan | | | | 345 |
| ACCOUNT NO. XXXXXXXX8546<br><br>**Merrick Bank**<br>**P.o. Box 5000**<br>**Draper UT 84020-5000** | | J | 06/2005<br><br>Credit Card | | | | 820 |
| ACCOUNT NO. Bcbs XXX8231<br><br>**Midamerica Cardio Consultants**<br>**5009 West 95th Street**<br>**Oak Lawn IL 60453** | | W | 06/2010<br><br>Medical | | | | 17 |
| ACCOUNT NO. XXXX7146<br><br>**Midland Credit Mgmt**<br>**Po Box 660578**<br>**Los Angeles CA 90060-0578** | | J | 6/2006<br><br>Credit Card | | | | 1050 |

Sheet no. _14_ of _21_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                      Subtotal▶ | **$ 3254**

                                                    Total▶ | **$**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**                                    ,          Case No. _____
           **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXX7367 -<br>**Midnight Velvet**<br>**1112 7th Avenue**<br>**Monroe WI 53566-1364** | | W | 06/2004<br>Credit Card | | | | 784 |
| ACCOUNT NO. X8937<br>**Midwest Anesthesiologists**<br>**185 Penny Ave**<br>**East Dundee IL 60118-1454** | | W | 03/2010<br>Medical | | | | 31 |
| ACCOUNT NO. X8937<br>**Midwest Anesthesiologists Ltd**<br>**185 Penny Ave**<br>**East Dundee IL 60118-1454** | | W | 03/17/2010<br>Medical | | | | 65 |
| ACCOUNT NO. XXXX7367 -<br>**Monroe And Main**<br>**1112 7th Avenue**<br>**Monroe WI 53566-1364** | | W | 06/2004<br>Credit Card | | | | 481 |
| ACCOUNT NO. XXXXX48-03<br>**Montgomery Ward**<br>**1112 7th Avenue**<br>**Monroe WI 53566** | | W | 08/2007<br>Credit Card | | | | 240 |

Sheet no. **15** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1601

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**                                    ,          Case No. _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Lvx 839** <br><br> **Nco Financial System** <br> **600 Holiday Plaza Dr** <br> **Suite 300** <br> **Matteson IL 60443** | | H | 06/2006 <br><br> Credit Card | | | | 2300 |
| ACCOUNT NO. XX3515 <br><br> **Nco Financial System-direct Tv** <br> **507 Prudential Road** <br> **Horsham PA 19044** | | W | 06/2005 <br><br> Cable | | | | 130 |
| ACCOUNT NO. XXXXXXXX1242 <br><br> **Orchard Bank - Aka Household** <br> **Po Box 5253** <br> **Carol Stream IL 60197** | | H | 04/2004 <br><br> Credit Card | | | | 695 |
| ACCOUNT NO. XXX53343 <br><br> **Palos Community Hospital** <br> **12251 S. 80th Avenue** <br> **Palos Heights IL 60463** | | W | 10/2010 <br><br> Hospital/medical | | | | 347 |
| ACCOUNT NO. X21026 <br><br> **Pems** <br> **9944 S. Roberts Road** <br> **Suite 204** <br> **Palos Hills IL 60465** | | W | 10/2010 <br><br> Medical | | | | 24 |

Sheet no. **16** of **21** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | Subtotal▶ | $ **3496** |
|---|---|---|---|
| | | Total▶ <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**_____,   Case No. _____
_____**Debtor**_____                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ███████140-1 <br><br>**Pennsylvania Turnpike Violation Processing Center 8000c Derry Street Harrisburg PA 17111** | | H | 11/3/2010 <br><br>**Toll Violation** | | | | 44 |
| ACCOUNT NO. Ka0104 <br><br>**Performance Dental 9957 S. Roberts Road Palos Hills IL 60465** | | W | 10/2010 <br><br>**Dental** | | | | 3320 |
| ACCOUNT NO. ██7363 <br><br>**Radiology And Nuclear 7808 W. College Drive - 1se Palos Heights IL 60463** | | W | 10/2010 <br><br>**Medical** | | | | 16 |
| ACCOUNT NO. ███9097 <br><br>**Receivables Mgt 3348 Ridge Road City Of Hometown Lansing IL 60438** | | H | 10/2009 <br><br>**Parking Ticket** | | | | 200 |
| ACCOUNT NO. █████████2741 <br><br>**Rgm Acquisions Llc-charter 1 575 Underhill Blvd Sosset NY 11791-3416** | | J | 06/2002 <br><br>**Bank Account** | | | | 685 |

Sheet no. **17** of **21** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ **4265**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**_____,    Case No. _____
　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7516<br>Richard J. Kaplow-ffc<br>C/o Dr.habbal<br>Po Box 20790<br>Columbus OH 43220 | | W | 06/2007<br><br>Dental | | | | 1200 |
| ACCOUNT NO. 7618<br>Salute<br>Po Box 105555<br>Atlanta GA 30348 | | W | 06/2004<br><br>Credit Card | | | | 1021 |
| ACCOUNT NO. 7146<br>Salute<br>C/o Midland Credit<br>8875 Ero Dr. Ste. 2<br>San Diego CA 92123 | | W | 06/2004<br><br>Credit Card | | | | 1021 |
| ACCOUNT NO. 7367 -<br>Seventh Avenue<br>1112 7th Avenue<br>Monroe WI 53566-1364 | | W | 06/2004<br><br>Credit Card | | | | 543 |
| ACCOUNT NO. 303-01<br>State Of New Jersey<br>Ez Pass Violation Processing<br>Po Box 52005<br>Newark NJ 07101-8205 | | H | 11/2010<br><br>Toll Violation | | | | 30 |

Sheet no. **18** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 3815

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re Karadsheh, Mazin_____,   Case No. _____
　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. XXXXXX36784a **Swiss Colony** **1112 7th Avenue** **Monroe WI 53566-1364** | | W | 06/2004 Credit Card | | | | 689 |
| ACCOUNT NO. XXXX7539 **Target** **Po Box 673** **Minneapolis MN 55440-0673** | | W | 08/2008 Credit Card | | | | 793 |
| ACCOUNT NO. XXXXX3634 **Tcf Bank** **500 Joliet Road** **Willowbrook IL 60527** | | J | 09/25/2009 Bank Account | | | | 700 |
| ACCOUNT NO. XXXXX7367 **Tender Filet** **1112 7th Avenue** **Monroe WI 53566-1364** | | W | 06/2004 Credit Card | | | | 250 |
| ACCOUNT NO. **The Cash Store** **266 E. Roosevelt Road** **Lombard IL 60148** | | W | 02/2003 Pay Day Loan | | | | 2000 |

Sheet no. **19** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ **4432**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin**_____,    Case No. _____
    **Debtor**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~xxxxx~~3571<br>Tribute<br>8875 Ero Drive<br>Suite 2<br>San Diego CA 92123 | | J | 06/2006<br>Credit Card | | | | 2589 |
| ACCOUNT NO. ~~xxxxxxxxxxx~~0032<br>Tribute Credit Card<br>Po Box 105555<br>Atlanta GA 30348 | | J | 06/2005<br>Credit Card | | | | 2589 |
| ACCOUNT NO. ~~xxx~~54236<br>United Compucredit -<br>Po Box 111100<br>Cincinnati OH 45211-1100 | | W | 06/2007<br>Returned Check | | | | 220 |
| ACCOUNT NO. ~~xxxxxx~~7146<br>Urban Trust Bank<br>Po Box 603<br>Dept. 12421<br>Oaks PA 19456 | | W | 06/2006<br>Credit Card | | | | 1002 |
| ACCOUNT NO. 4941<br>Wells Fargo - Wachovia<br>Po Box 50014<br>Roanoke VA 24040 | | J | 10/2009<br>Bank - Checking Account | | | | 350 |

Sheet no. **20** of **21** continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 6750

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Karadsheh, Mazin** _____ ,          Case No. _____

**Debtor**                                                                      **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ~~1542~~2060 West Asset Management - At&t 2703 N. Highway 75 Sherman TX 75090 | | W | 06/2004 Phone | | | | 65 |
| ACCOUNT NO. 1542 Wm. W. Siegel Po Box 9006 Smithtown NY 11787-9006 | | H | 10/2009 Bank Account | | | | 377 |
| ACCOUNT NO. ~~XXXX~~ 9220 Multi Loan Source.com 800-557-9038 | | H | 10/2010 | | | | 390 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **21** of **21** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶  $ ~~442~~
832

Total▶  $ 112~~004~~   474
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re <u>Karadsheh, Mazin</u>                              ,      Case No._____
Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

**B6H (Official Form 6H) (12/07)**

In re <u>Karadsheh, Mazin</u> _____ ,          Case No. _____
          **Debtor**                                                                       **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

**☒** Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

B6I (Official Form 6I) (12/07)

In re Karadsheh, Mazin                                    ,          Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):**spouse** | AGE(S): **43** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation **Intl flight attendan** | | **disabled** |
| Name of Employer **American Airlines** | | |
| How long employed **23 yrs** | | |
| Address of Employer **O'Hare Airport** | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2316 | $ 70 |
| 2. Estimate monthly overtime | $ 0 | $ 0 |
| 3. SUBTOTAL | $ 2316 | $ 70 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 690 | $ 14 |
| b. Insurance | $ 442 | $ 0 |
| c. Union dues | $ 41 | $ 0 |
| d. Other (Specify): _____ | $ 0 | $ 0 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1173 | $ 14 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 1143 | $ 56 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. Income from real property | $ 0 | $ 0 |
| 9. Interest and dividends | $ 0 | $ 0 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0 | $ 0 |
| 11. Social security or government assistance (Specify):__**disability**__ | $ 0 | $ 1576 |
| 12. Pension or retirement income | $ 0 | $ 0 |
| 13. Other monthly income (Specify):_____ | $ 0 | $ 0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0 | $ 1576 |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ 1143 | $ 1632 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $2775 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

**B6J (Official Form 6J) (12/07)**

In re  Karadsheh, Mazin                                  ,          Case No. _____
                    **Debtor**                                                          **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3054 |
|    a. Are real estate taxes included?    Yes ✔   No ☐ | | |
|    b. Is property insurance included?    Yes ☐   No ✔ | | |
| 2. Utilities:  a. Electricity and heating fuel | | $ 100 |
|    b. Water and sewer | | $ 0 |
|    c. Telephone | | $ 150 |
|    d. Other  **Homeowners Association** | | $ 120 |
| 3. Home maintenance (repairs and upkeep) | | $ 150 |
| 4. Food | | $ 200 |
| 5. Clothing | | $ 0 |
| 6. Laundry and dry cleaning | | $ 20 |
| 7. Medical and dental expenses | | $ 300 |
| 8. Transportation (not including car payments) | | $ 0 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0 |
| 10.Charitable contributions | | $ 0 |
| 11.Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | | $ 50 |
|    b. Life | | $ 0 |
|    c. Health | | $ 126 |
|    d. Auto | | $ 200 |
|    e. Other _____ | | $ 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | | $ 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | | $ 698 |
|    b. Other _____ | | $ 0 |
|    c. Other _____ | | $ |
| 14. Alimony, maintenance, and support paid to others | | $ 0 |
| 15. Payments for support of additional dependents not living at your home | | $ 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0 |
| 17. Other _____ | | $ 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5168 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | | $ 2775 |
|    b. Average monthly expenses from Line 18 above | | $ 5168 |
|    c. Monthly net income (a. minus b.) | | $ -2393 |

**Official Form 6 - Declaration (10/06)**

In re _____ ,          Case No. _____
              **Debtor**                                    **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____1- 28 - 11_____          Signature: _____
                                                                  **Debtor**
Date _____1-28-11_____             Signature: _____
                                                        **(Joint Debtor, if any)**

                                   [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                   Signature: _____

                                             _____
                                             [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

**NORTHERN** _____ District of **ILLINOIS**

In re: **Karadsheh, Mazin** _____,       Case No. _____
              Debtor                                                        (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.    Income from employment or operation of business**

None

☐           State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | | SOURCE |
|---|---|---|---|
| Yr 2011 | 2150 | 30 | Employment |
| Yr 2010 | 29092 | 3111 | Employment |
| Yr 2009 | 37122 | 4670 | Employment |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | | SOURCE |
|--------|---|------|--------|
| Yr 2011 | 0 | 1576 | |
| Yr 2010 | 0 | 18912 | |
| Yr 2009 | 0 | 18912 | |

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☑

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None


c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None


a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None


b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

**5. Repossessions, foreclosures and returns**

None


List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.   Assignments and receiverships**

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None


b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

---

**7.   Gifts**

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8.   Losses**

None


List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None 

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**10.  Other transfers**

None 

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None



List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑  California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight
years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes,
or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous
material, pollutant, or contaminant or similar term under an Environmental Law.

None  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental
☑  unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the
governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release
☑  of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
☑  respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 .  Nature, location and name of business**

None  a.  *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses,
☑  and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ☑    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                 ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☑    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                    DATES SERVICES RENDERED

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME              ADDRESS             DATES SERVICES RENDERED

None ☑    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

        NAME                                ADDRESS

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

        NAME AND ADDRESS                       DATE ISSUED

---

**20. Inventories**

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                         DOLLAR AMOUNT
                                                         OF INVENTORY
        DATE OF INVENTORY        INVENTORY SUPERVISOR        (Specify cost, market or other basis)

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

                                                          NAME AND ADDRESSES
                                                          OF CUSTODIAN
        DATE OF INVENTORY                                         OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

        NAME AND ADDRESS            NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ☑    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                         NATURE AND PERCENTAGE
        NAME AND ADDRESS               TITLE            OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None  a.   If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately
     preceding the commencement of this case.

NAME                         ADDRESS               DATE OF WITHDRAWAL

None  b.   If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated
     within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE                 DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,
    including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
    during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                     AMOUNT OF MONEY
OF RECIPIENT,                DATE AND PURPOSE       OR DESCRIPTION
RELATIONSHIP TO DEBTOR       OF WITHDRAWAL          AND VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any
    consolidated group for tax purposes of which the debtor has been a member at any time within **six years**
    immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to
    which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately
    preceding the commencement of the case.

NAME OF PENSION FUND      TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   *1-28-11*                          Signature   *[signature]*
                                          of Debtor

Date   *1-28-11*                          Signature of
                                          Joint Debtor   *[signature]*
                                          (if any)

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   _____              Signature   _____

                                        Print Name and   _____
                                        Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

___ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

_____                        _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN District of ILLINOIS

In re **Karadsheh, Mazin** & Shadia                    Case No. _____
_____
           Debtor                                                      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br><br>**Franklin Credit Management** | **Describe Property Securing Debt:**<br><br>**Condo** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

| Property No. 2 *(if necessary)* | |
|---|---|
| **Creditor's Name:**<br><br>**American Airlines Credit Union** | **Describe Property Securing Debt:**<br><br>**Dodge Neon** |

Property will be *(check one)*:
    ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
    ☐ Redeem the property
    ☑ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11  U.S.C. § 522(f)).

Property is *(check one)*:
    ☑ Claimed as exempt        ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

| Property No. 2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

| Property No. 3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

___**1**___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _1-28-11_

_____
Signature of Debtor

_____
Signature of Joint Debtor

B 8 (Official Form 8) (12/08)                                                                                    Page 3

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** - Continuation

| Property No. | |
|---|---|
| **Creditor's Name:** <br> **American Airlines Credit Union** | **Describe Property Securing Debt:** <br> **Nissan Pathfinder** |

Property will be *(check one)*:
   ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien
using 11  U.S.C. § 522(f)).

Property is *(check one)*:
   ☑ Claimed as exempt       ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** <br> **Americanairlines Credit Union** | **Describe Property Securing Debt:** <br> **Computer/electronics/applicanc** |

Property will be *(check one)*:
   ☐ Surrendered       ☑ Retained

If retaining the property, I intend to *(check at least one)*:
   ☐ Redeem the property
   ☑ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien
using 11  U.S.C. § 522(f)).

Property is *(check one)*:
   ☑ Claimed as exempt       ☐ Not claimed as exempt

# United States Bankruptcy Court

## NORTHERN District Of ILLINOIS

IN RE.   **Karadsheh, Mazin -and- Karadsheh, Shadia**

        Debtor(s).                          Case No. _____

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: _1-28·11_____

                                  _____
                                  Debtor

                                  _____
                                  Joint Debtor

Aargon Collection-mgm
Trident Financial
5755 N. Point Pkwy. Suite
12
Alpharetta GA 30022


Advoacte Christ Medical
Center
Po Box 4256
Carol Stream IL 60197-4256


Advocate Christ - Ics
Po Box 1010
Tinley Park IL 60477-9110


Advocate Christ Medical
Center
Po Box 4256
Carol Stream IL 60197-4256


Advocate Christ-ics
Po Box 1010
Tinley Park IL 60477-9110


Advocate Christ-ics
Po Box 1010
Tinley Park IL 60477-9110


Advocate Credit Medical
Center
4440 West 95th Street
Oak Lawn IL 60453


Advocate Health Care
Products
2311 W. 22nd Street
Suite 300
Oak Brook IL 60523

**Affiliated Group - K
Jordan
Po Box 7739
Rochester MN 55903**

**Ais Service / Vince
Enterprise
50 California Street
Suite 1500
San Francisco CA 94111**

**American Airlines Credit
Union
Md 2100
Po Box 619001
Dfw Airport TX 75261-9001**

**American Airlines Credit
Union
Md 2100
Po Box 619001
Dfw Airport TX 75261-9001**

**American Airlines Credit
Union
Md 2100
Po Box 619001
Dfw Airport TX 75261-9001**

**American Airlines Federal
Cred
4151 Amon Carter Blvd.
Md 2100
Fort Worth TX 76155**

**Americanairlines Credit
Union
Md 2100
Po Box 619001
Dfw Airport TX 75261-9001**

**Applied Bank
4700 Exchange Court
Boca Raton FL 33431-0966**

**Aspen Credit Card**
**16 Mcleland Road**
**Saint Cloud MN 56303**

**Associated Credit**
**C/o Charter One Bank**
**105b South St. Po Box 9100**
**Hopkinton MA 01748-9100**

**Associates In Rehab**
**Medicine**
**777 Oakmont Lane**
**Suite 1600**
**Westmont IL 60559**

**Blatt, Hasenmiller,**
**Leibsker**
**Po Box 5463**
**Chicago IL 60680**

**Blatt, Hasenmiller,**
**Leibsker &**
**125 South Wacker Drive**
**Suite 400**
**Chiago IL 60606-4440**

**Bureau Of Collection**
**Recovery**
**7575 Corporate Way**
**Eden Prairie MN 55344**

**Capital Mgmt Services, Lp**
**726 Exchange Street C/o**
**Macys**
**Suite 700**
**Buffalo NY 14210**

**Cash Net Usa**
**200 West Jackson**
**Suite 1400**
**Chicago IL 60606**

Cash Net Usa
200 West Jackson
Suite 1400
Chicago IL 60606


Cashcall
Po Box 66007
Anaheim CA 92816


Certegy
Po Box 30046
Tampa FL 60438


Certegy - Equitable Ascent
Fin
1120 West Lake Cook Road
Suite B
Buffalo Grove IL 60089


Charter One Bank
1 Citizens Drive
Rdc265
Riverside RI 02915


Christ Hospital / Ics
Po Box 1010
Tinley Park IL 60477-9110


City Of Chicago
Dept. Of Revenue
Po Box 88292
Chicago IL 60680-1292


City Of Chicago
Dept. Of Revenue
Po Box 882929
Chicago IL 60680-1292

City Of Chicago
Dept. Of Revenue
Po Box 88292
Chicago IL 60680-1292


City Of Chicago
Dept. Of Revenue
Po Box 88292
Chicago IL 60680-1292


City Of Chicago
Dept. Of Revenue
Po Box 88292
Chicago IL 60680-1292


Clerk Of The Circuit Ct.
Cook
Richard J. Daley Center -
1005
50 W. Washington Financial
Com

Collection Professional
Servic
Po Box 1125
North Platte NE 69101


Country Door
1112 7th Avenue
Monroe WI 53566-1364


Credit One
Po Box 30281
Salt Lake City UT 84130


Credit One Bank
Blatt, Hasenmiller,
Leibsker
125 S. Wacker Ste 400
Chicago IL 60606-4440

Credit One Bank
Blatt, Hasenmiller,
Leibsker
125 South Wacker Drive -
400
Chicago IL 60606-4440

Credit One Bank
Po Box 98872
Las Vegas NV 89193-8872

Credit Protection
Associates
C/o Comcast
13355 Noel Rd. - 2100
Dallas TX 75240

Fifth Third Bank
Po Box 63-0479
Cincinnati OH 45263-0479

First Bank Of Delaware
8875 Aero Drive
St. 200
San Diego CA 19456

First Premier
3820 N. Louise Avenue
Sioux Falls SD 57107-0145

First Savings Credit Card
500 E. 60th St. N.
Sioux Falls SD 57104

Franklin Credit Management
101 Hudson Street
25th Floor
Jersey City NJ 07302

Ge Capital - Walmart
Po Box 981400
El Paso TX 79998


Ge Money - Empire
Po Box 981439
El Paso TX 79998-1206


Ge Money Bank
Po Box 981439
El Paso TX 79998-1206


Ginnys
1112 7th Avenue
Monroe WI 53566-1364


Heart And Vascular Of
Illinois
Dept. 20 1026
Pobox 5940
Carol Stream IL 60197-5940


Heller And Frisone
33 North Lasalle Street
Suite 1200
Chicago IL 60602-2603


Home Choice
14730 Cicero Avenue
Midlothian IL 60445


Home Choice
14730 S. Cicero Avenue
Midlothian IL 60445

**Household Bank**
**Po Box 5253**
**Carol Stream IL 60197**

**Hsbc - Carsons**
**Po Box 5253**
**Carol Stream IL 60197**

**Ics Safeco-liberty Mutual**
**Po Box 64378**
**St. Paul MN 55164-0378**

**Il Student Assist**
**Commission**
**1755 Lake Cook Road**
**Deerfield IL 60015-5215**

**Il Student Assist**
**Commission**
**1755 Lake Cook Road**
**Deerfield IL 60015-5215**

**Il Student Asst Commission**
**1755 Lake Cook Road**
**Deerfield IL 60015-5215**

**Intl Asset Group Llc**
**Po Box 623**
**Amherst NY 14226**

**Jc Christensen**
**215 N Benton Dr**
**Sauk Rapids MN 56379-1530**

Johns Hopkins University
Po Box 64896
Clinical Practice
Association
Baltimore MD 21264-4896


Jolas And Associates Llp
202 1st St Nw
Mason City IA 50401


Jp Morgan Chase-wamu
12360 Lake City Way Ne
Seattle WA 98125


K. Jordan
Merchants Credit
223 W. Jackson Blv.d - 400
Chicago IL 60606


Leading Edge Recovery
5440 North Cumberland Ave
Ste. 300
Chicago IL 60656-1490


Lewis Shapiro
455 Commerce Drive
Suite 7
Amherst NY 14228


Lewis Shaprio,
Llc-providian
455 Commerce Drive
Amherst NY 14228


Macys
Po Box 9475
Minneapolis MN 55440

**Marauder Corporation**
**Solomon Financial**
**74923 Hwy 111**
**Indian Wells CA 92210**


**Merrick Bank**
**P.o. Box 5000**
**Draper UT 84020-5000**


**Midamerica Cardio**
**Consultants**
**5009 West 95th Street**
**Oak Lawn IL 60453**


**Midland Credit Mgmt**
**Po Box 660578**
**Los Angeles CA 90060-0578**


**Midnight Velvet**
**1112 7th Avenue**
**Monroe WI 53566-1364**


**Midwest Anesthesiologists**
**185 Penny Ave**
**East Dundee IL 60118-1454**


**Midwest Anesthesiologists**
**Ltd**
**185 Penny Ave**
**East Dundee IL 60118-1454**


**Monroe And Main**
**1112 7th Avenue**
**Monroe WI 53566-1364**

**Montgomery Ward**
**1112 7th Avenue**
**Monroe WI 53566**

**Nco Financial System**
**600 Holiday Plaza Dr**
**Suite 300**
**Matteson IL 60443**

**Nco Financial**
**System-direct Tv**
**507 Prudential Road**
**Horsham PA 19044**

**Orchard Bank - Aka**
**Household**
**Po Box 5253**
**Carol Stream IL 60197**

**Palos Community Hospital**
**12251 S. 80th Avenue**
**Palos Heights IL 60463**

**Pems**
**9944 S. Roberts Road**
**Suite 204**
**Palos Hills IL 60465**

**Pennsylvania Turnpike**
**Commissi**
**Violation Processing**
**Center**
**8000c Derry Street**
**Harrisburg PA 17111**

**Performance Dental**
**9957 S. Roberts Road**
**Palos Hills IL 60465**

Radiology And Nuclear
Consulta
7808 W. College Drive -
1se
Palos Heights IL 60463


Receivables Mgt
3348 Ridge Road
City Of Hometown
Lansing IL 60438


Rgm Acquisions Llc-charter
1
575 Underhill Blvd
Sosset NY 11791-3416


Richard J. Kaplow-ffc
Columbus
C/o Dr.habbal
Po Box 20790
Columbus OH 43220


Sallie Mae
Po Box 9500
Wilkes-barre PA 18773-9500


Salute
Po Box 105555
Atlanta GA 30348


Salute
C/o Midland Credit
8875 Ero Dr. Ste. 2
San Diego CA 92123


Seventh Avenue
1112 7th Avenue
Monroe WI 53566-1364

**State Of New Jersey**
**Ez Pass Violation**
**Processing**
**Po Box 52005**
**Newark NJ 07101-8205**


**Swiss Colony**
**1112 7th Avenue**
**Monroe WI 53566-1364**


**Target**
**Po Box 673**
**Minneapolis MN 55440-0673**


**Tcf Bank**
**500 Joliet Road**
**Willowbrook IL 60527**


**Tender Filet**
**1112 7th Avenue**
**Monroe WI 53566-1364**


**The Cash Store**
**266 E. Roosevelt Road**
**Lombard IL 60148**


**Tribute**
**8875 Ero Drive**
**Suite 2**
**San Diego CA 92123**


**Tribute Credit Card**
**Po Box 105555**
**Atlanta GA 30348**

**United Compucredit -
Horseshoe
Po Box 111100
Cincinnati OH 45211-1100**


**Urban Trust Bank
Po Box 603
Dept. 12421
Oaks PA 19456**


**Us Dept Of Education
Po Box 5200
Greenville TX 75403**


**Us Dept Of Education
Po Box 5200
Greenville TX 75403**


**Us Dept Of Education
Po Box 5609
Greenville TX 75403-5609**


**Us Dept Of Education
Po Box 5200
Greenville TX 75403**


**Us Dept Of Education
Po Box 5200
Gtreenville TX 75403**


**Us Dept Of Education
Po Box 5200
Greenvile TX 75403**

**Us Dept.**
**Po Box 5200**
**Greenville TX 75403**


**Us Dept. Of Education**
**Po Box 5200**
**Greenville TX 75403**


**Wells Fargo - Wachovia**
**Po Box 50014**
**Roanoke VA 24040**


**West Asset Management -**
**At&t**
**2703 N. Highway 75**
**Sherman TX 75090**


**Wm. W. Siegel**
**Associates/chase**
**Po Box 9006**
**Smithtown NY 11787-9006**